IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JESSIE PEREZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-04-301 |
| | § | |
| JOHN C. HARDY, | § | |
| | § | |
| Defendant. | § | |

### FINAL JUDGMENT

As set forth in the Order Granting Defendant's Motion for Summary Judgment, issued this day, Defendant's Motion for Summary Judgment is are hereby **GRANTED**. Any and all claims herein asserted are hereby **DISMISSED WITH PREJUDICE**. Because Plaintiff's claims are dismissed with prejudice, Intervenor's claim for attorney's fees and costs based on a contingent fee agreement is rendered **MOOT** and is **DISMISSED WITHOUT PREJUDICE**. All Parties are to bear their own costs, attorney's fees, and expenses incurred herein to date. **THIS IS A FINAL JUDGMENT**.

**IT IS SO ORDERED**.

**DONE** this 18th day of August, 2005, at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge